LDK:lk

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

SAMUEL OSCAR GONZALEZ

**CRIMINAL COMPLAINT**
Case Number: 07mj107 FLN

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 5, 2007, in the State and District of Minnesota and in the special aircraft jurisdiction of the United States, the defendant,

an individual on an aircraft in the special aircraft jurisdiction of the United States, namely, Northwest Airlines, Inc. Flight #154, which was in flight traveling from the Seattle-Tacoma International Airport (SEA) to the Minneapolis-St. Paul International Airport (MSP), knowingly and intentionally committed a simple assault;

in violation of Title 18, United States Code, Section 113(a)(5), and Title 49, United States Code, Sections 46501 and 46506.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Michael N. Cannizzaro, Jr.
FBI

Sworn to before me, and subscribed in my presence,

_3/5/07_
Date

at

Minneapolis, MN
City and State

The Honorable Franklin L. Noel
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

**SCANNED**
MAR 05 2007
U.S. DISTRICT COURT MPLS

STATE OF MINNESOTA    )
                      )  ss.  AFFIDAVIT OF MICHAEL N. CANNIZZARO, JR.
COUNTY OF HENNEPIN    )

I, Michael N. Cannizzaro, Jr., being duly sworn, depose and state as follows:

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed by the FBI since April 2004.  I am currently assigned to an International Terrorism Squad and primarily investigate matters involving National Security.  In addition, I am assigned to the Minneapolis-St. Paul International Airport (MSP) as one of two Primary Airport Liaison Agents.  My responsibilities at MSP involve the investigation of matters involving aircraft, facility, passenger, personnel and vessel security.

2.   The statements contained in this affidavit are based in part upon information I have learned through my own investigation; background and experience as an FBI Special Agent; the investigation of other FBI Special Agents and law enforcement officers; and upon discussions with individuals as set forth herein.  Within this affidavit I have set forth the facts that I believe are necessary to establish probable cause to believe that a violation of Title 18, United States Code, Section 113(a)(5), within Title 49, United Sates Code, Section 46501, has occurred.

3.   This affidavit is made in support of a federal criminal complaint providing evidence of violations of 18 U.S.C. §

113(a)(5), which criminalizes, among other things, a simple assault within the special jurisdiction of the United States of America (USA) authorized under 49 U.S.C. §§ 46501 and 46506.

4.    On March 5, 2007, an adult female passenger (herein referred to as the Victim) was a passenger on Northwest Airlines, Inc. (NWA) Flight #154, which was traveling from the Seattle-Tacoma International Airport (SEA) to the Minneapolis-St. Paul International Airport (MSP).

5.    During the latter stages of the flight, and while the Victim was trying to sleep in her assigned aisle seat, an adult male, later identified as SAMUEL OSCAR GONZALEZ ("GONZALEZ"), sat down in a middle seat next to the Victim. GONZALEZ was assigned to a seat in another area of the aircraft and was not assigned a seat next to the Victim.

6.    GONZALEZ began touching the Victim, which she described as spooning. The Victim then felt her shirt move up her back and her side. The Victim felt additional touching by GONZALEZ, who then got up from the middle seat and walked towards the forward part of the aircraft.

7.    When the Victim reached to adjust her shirt, she felt what she described as warm fluid on her back and on her side. The Victim also saw fluid on her clothing and a seat. The Victim

2

described the fluid as "semen," and told investigating Agents and Officers that GONZALEZ had ejaculated on her.

8.  The Victim immediately notified a NWA flight attendant and identified GONZALEZ to the NWA flight attendant as the person who ejaculated upon her.  The NWA flight attendant notified other flight attendants on the aircraft, and the Victim was moved to an alternate seat located near the front of the airplane.

9.  Upon arrival at MSP, officers from the MSP Airport Police Department (APD) met with the Victim and detained GONZALEZ.  The Victim was interviewed by APD officers, and she again identified GONZALEZ as the person who ejaculated upon her during the flight.

10.  Based upon all of the information set forth in this affidavit, your Affiant respectfully states that there is probable cause to believe that GONZALEZ violated Title 18, United States Code, Section 113 (a)(5) within the special jurisdiction of the USA authorized under Title 49, United States Code, Sections 46501 and 46506.

Further your Affiant sayeth not.

MICHAEL N. CANNIZZARO, JR.
Special Agent, FBI

Subscribed and Sworn to before me

this  5th  day of March, 2007.

FRANKLIN NOEL
United States Magistrate Judge

3